UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 19-cv-25177-KMW

WINDY LUCIUS,

    Plaintiff,

v.

SALLY BEAUTY SUPPLY LLC,

    Defendant.

_____/

## **JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between the parties through their undersigned counsel that the above-captioned action is dismissed without prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii). The parties further stipulate that each party shall bear its own attorneys' fees, costs and expenses.

Dated this 20th day of March, 2020.

| /s Juan Courtney Cunningham | /s Paul J. DeBoe |
|---|---|
| J. Courtney Cunningham, Esq. | Paul J. DeBoe, Esq. |
| J. COURTNEY CUNNINGHAM, PLLC | OGLETREE DEAKINS NASH SMOAK STEWART PC |
| 8950 SW 74th Court | 9130 S. Dadeland Blvd. |
| Suite 2201 | Suite 1600 |
| Miami, FL 33156 | Miami, FL 33156 |
| Email: cc@cunninghampllc.com | Email: paul.deboe@ogletreedeakins.com |
| Telephone: 305-351-2014 | Telephone: 305-374-0506 |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 20, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system.

                                                                         */s/ J. Courtney Cunningham*
                                                                         J. Courtney Cunningham, Esq.